**No. 52201.**—Wm. Anderson Textile Mfg. Co. et al. *v.* United States, protests 498696–G, etc. (New York).

Opinion by KINCHELOE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 52202.**—Brown & Roese et al. *v.* United States, protests 595188–G, etc. (New York).

Opinion by KINCHELOE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE THIRD DIVISION, FEBRUARY 26, 1948

**No. 52203.**—Choice Wines Import Corp. et al. *v.* United States, protests 133472–K and 119449–K (New York).

Opinion by JOHNSON, J. At the trial it was stipulated that the merchandise, issues, and facts herein are similar in all material respects to those involved in *United States* v. *Browne Vintners Co., Inc.* (34 C. C. P. A. 112, C. A. D. 351), and that the quantities reported by the inspector as not landed were not in fact landed. In accordance with stipulation and following the decision cited it was held that the merchandise, insofar as it pertains to the quantities reported by the inspector as not landed, is subject to an allowance in duties and internal revenue taxes. The protests were sustained to this extent.

**No. 52204.**—Albarosa Co., Inc., et al. *v.* United States, protests 98219–K, etc. (New York).

Opinion by JOHNSON, J. It was stipulated that certain items of the merchandise consist of cheese similar in all material respects to that the subject of *Scaramelli* v. *United States* (9 Cust. Ct. 270, C. D. 706), Abstract 42146, and Abstract 48269. In accordance therewith it was held that an allowance of 2½ percent should have been made in the weight of the cheese by the collector in computing the duty thereon to compensate for the weight of the inedible coverings on the outside of the cheese. The protests were sustained to this extent.

FEBRUARY 26, 1948

**No. 52205.**—Kerr-Gifford & Co., Inc. *v.* United States, protests 111801–K and 114502–K.—Abstract 52129. Motion of Government for rehearing granted.